DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THEODORE LEE RAIA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2954

[October 8, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 43-2011-CF-000221-A.

Theodore Lee Raia, Defuniak Springs, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jonathan Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and CONNER, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***